TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar No. 312611)
TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, DC  20044
(202) 305-0242 (Carpenter)
(202) 305-0238 (Alexander)
hayley.carpenter@usdoj.gov
tyler.alexander@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### MEDFORD DIVISION

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOMER WILKES,** in his official capacity as Undersecretary for Natural Resources and Environment, United States Department of Agriculture; **GLENN CASAMASSA**, in his official capacity as Regional Forester for Region 6; **SHANE JEFFRIES**, in his official capacity as Forest Supervisor of the Ochoco National Forest; **MICHAEL RAMSEY**, in his official capacity as District Ranger for the Lakeview Ranger District, Fremont Winema National Forest; and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants. | Case No. 1:22-cv-01500-CL<br><br>**NOTICE OF APPEARANCE** |

Defendants hereby enter the appearance of Hayley A. Carpenter, United States Department of Justice, as counsel of record on behalf of Defendants Homer Wilkes, Glenn Casamassa, Shane Jeffries, Michael Ramsey, and the United States Forest Service. Service of all papers by U.S. Mail should be addressed as follows:

> Hayley Carpenter
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Ben Franklin Station
> Washington, DC 20044-7611

Express deliveries (courier, etc.) should be addressed to:

> Hayley Carpenter
> U.S. Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 150 M Street NE
> Washington, DC 20002

Ms. Carpenter may be reached by telephone at (202) 305-0242 and by email at hayley.carpenter@usdoj.gov.

Todd Kim is the Assistant Attorney General for the Environment and Natural Resources Division of the United States Department of Justice. Mr. Kim should not be separately served with Court filings.

Respectfully submitted this 7th day of December, 2022.

> TODD KIM
> Assistant Attorney General
> U.S. Department of Justice
> Environment and Natural Resources Division
>
> /s/     *Hayley A. Carpenter*
> HAYLEY A. CARPENTER (CA Bar No. 312611)
> TYLER M. ALEXANDER (CA Bar No. 313188)
> Trial Attorneys

Natural Resources Section
P.O. Box 7611
Washington, DC 20044
(202) 305-0242 (Carpenter)
(202) 305-0238 (Alexander)
hayley.carpenter@usdoj.gov
tyler.alexander@usdoj.gov

*Attorneys for Defendants*