TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar No. 312611)
TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
(202) 305-0242 (Carpenter)
(202) 305-0238 (Alexander)
hayley.carpenter@usdoj.gov
tyler.alexander@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOMER WILKES,** in his official capacity as Undersecretary for Natural Resources and Environment, United States Department of Agriculture; **GLENN CASAMASSA**, in his official capacity as Regional Forester for Region 6; **SHANE JEFFRIES**, in his official capacity as Forest Supervisor of the Ochoco National Forest; **MICHAEL RAMSEY**, in his official capacity as District Ranger for the Lakeview Ranger District, Fremont Winema National Forest; and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants. | Case No. 1:22-cv-01500-CL<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

In accordance with Local Rule 16-3, Defendants respectfully request a 14-day extension of time to file their Response to Plaintiff's Complaint. By Defendants' calendar, the Response to Plaintiff's Complaint is currently due on January 3, 2023—sixty days after Plaintiff effected service of process. Fed. R. Civ. P. 12(a)(2). Defendants seek to extend the current deadline to January 17, 2023. Plaintiff does not oppose this extension, and Defendants have good cause for the Court to grant this request.

The current Response deadline immediately follows the holiday season, which poses a difficulty for Defendants given that agency personnel and Defendants' counsel will be taking sometimes overlapping leave during the latter half of December. Defendants are diligently working on their Response to the Complaint but require more time to confer with the necessary personnel and finalize the Response. Therefore, Defendants seek a 14-day extension. This extension will not delay any set deadlines in this matter because no schedule for Administrative Record or summary judgment motions briefing has yet been set.

For good cause shown, Defendants request that the Court grant their motion and order that Defendants have until January 17, 2023, to respond to Plaintiff's Complaint.

Respectfully submitted this 13th day of December, 2022.

> TODD KIM
> Assistant Attorney General
> U.S. Department of Justice
> Environment and Natural Resources Division
>
> /s/     *Hayley A. Carpenter*
> HAYLEY A. CARPENTER (CA Bar No. 312611)
> TYLER M. ALEXANDER (CA Bar No. 313188)
> Trial Attorneys
> Natural Resources Section
> P.O. Box 7611
> Washington, DC  20044
> (202) 305-0242 (Carpenter)
> (202) 305-0238 (Alexander)

hayley.carpenter@usdoj.gov
tyler.alexander@usdoj.gov

*Attorneys for Defendants*