TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

HAYLEY A. CARPENTER (CA Bar No. 312611)
TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Phone: (202) 305-0242 (Carpenter)
       (202) 305-0238 (Alexander)
hayley.carpenter@usdoj.gov
tyler.alexander@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon non-profit corporation, | Case No. 1:22-cv-01500-CL |
| Plaintiff, | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS** |
| v. | |
| **HOMER WILKES,** et al., | |
| Defendants. | |

In accordance with Local Rule 16-3, Defendants request a one-week extension of time—until March 8, 2023—to file Defendants Reply in Support of Defendants' Motion to Dismiss. Defendants are diligently working on the reply brief, but require this short extension due to previously scheduled deadlines in other matters and to allow adequate time for review of the brief by the Forest Service and Department of Agriculture. A one-week extension will not result in any prejudice or significantly delay resolution of the case. Counsel for Defendants have conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this request.

For the foregoing reasons, Defendants request this Court grant a one-week extension of the due date for Defendant's reply brief.

Submitted this 21st day of February, 2023,

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division
        U.S. Department of Justice

        s/ *Tyler M. Alexander*
        HAYLEY A. CARPENTER
        TYLER M. ALEXANDER
        Trial Attorneys
        Natural Resources Section
        P.O. Box 7611
        Washington, DC 20044
        Phone: (202) 305-0242 (Carpenter)
               (202) 305-0238 (Alexander)
        hayley.carpenter@usdoj.gov
        tyler.alexander@usdoj.gov

        *Attorneys for Defendants*