Thomas Buchele, OSB No. 081560
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6736 (Buchele)
Fax: (503) 768-6642
Email: tbuchele@lclark.edu

Austin Starnes, OSB No. 224970
Blue Mountains Biodiversity Project
5113 SE 30th Ave, Apt 237
Portland, OR 97202
Tel: (317) 964-3776
Email: austin@bluemountainsbiodiversityproject.org

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**MEDFORD DIVISION**

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon nonprofit corporation, <br><br> Plaintiff, <br><br> v. <br><br> **HOMER WILKES**, Under Secretary for Natural Resources and Environment, United States Department of Agriculture, in his official capacity, et al., <br><br> Defendants. | Case No. 1:22-cv-01500-CL <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff hereby submits a Federal Register Notice, 85 Fed. Reg. 77142–44 (Dec. 1, 2020), as supplemental authority that it may use and rely upon during the oral argument in this matter scheduled for Tuesday, March 28th at 2:00PM. Attorneys for Plaintiff apologize that this was not included in Plaintiff's Response to Defendant's Motion to Dismiss, ECF No. 30. The notice in question only recently came to our attention.

Dated: March 27, 2023

s/Thomas Buchele
Thomas Buchele, OSB No. 081560
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6736 (Buchele)
Fax: (503) 768-6642
Email: tbuchele@lclark.edu

Austin Starnes, OSB No. 224970
Blue Mountains Biodiversity Project
5113 SE 30th Ave, Apt 237
Portland, OR 97202
Tel: (317) 964-3776
Email: austin@bluemountainsbiodiversityproject.org

*Attorneys for Plaintiff*