TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar No. 312611)
TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorneys
Natural Resources Section
150 M St. NE, Washington, D.C.
Washington, DC  20002
(202) 305-0242 (Carpenter)
(202) 305-0238 (Alexander)
hayley.carpenter@usdoj.gov
tyler.alexander@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## MEDFORD DIVISION

| | | |
|---|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOMER WILKES,** in his official capacity as Undersecretary for Natural Resources and Environment, United States Department of Agriculture; **GLENN CASAMASSA**, in his official capacity as Regional Forester for Region 6; **SHANE JEFFRIES**, in his official capacity as Forest Supervisor of the Ochoco National Forest; **MICHAEL RAMSEY**, in his official capacity as District Ranger for the Lakeview Ranger District, Fremont Winema National Forest; and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:22-cv-01500-CL<br><br><br>**JOINT STATUS REPORT** |

The Parties hereby submit a joint status report in accordance with the Court's Order of April 1, 2024.  ECF No. 43.  After conferring, the Parties seek a 60-day stay of all litigation deadlines to allow time for Defendants to decide whether to appeal the order vacating the Eastside Screens Amendment in *Greater Hells Canyon Council v. Wilkes*, 2:22-cv-00859-HL, and whether to proceed with any portion of the South Warner Project, which Plaintiffs challenge here.  The Parties will need to take these decisions into account when planning the course of the remainder of this case.  Accordingly, the Parties ask for a joint status report due date in 60 days wherein the Parties will apprise the Court of any relevant developments in the case and ask for an extension of the stay, a resumption of deadlines, or resolution of the case.

No Party will be prejudiced by the requested 60-day stay given that the Eastside Screens Amendment has been vacated, and the Forest Service will not implement the South Warner Project during the stay.  The requested stay may also be a resource-saving measure if the Parties are able to resolve the case without further litigation.

Respectfully submitted this 22nd day of April, 2024.

*/s/      Thomas Buchele (with permission)*
THOMAS BUCHELE (OSB No. 081560)
Earthrise Law Center
Lewis and Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
Tel: 503-768-6736
Fax: 503-768-6642
Email: tbuchele@lclark.edu

AUSTIN STARNES (OSB No. 224970)
Blue Mountains Biodiversity Project
5113 SE 30th Ave. Apt. 237
Portland, OR 97202
Tel: 317-964-3776
Email: austin@bluemountainsbiodiversityproject.org

*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

/s/      *Hayley A. Carpenter*
HAYLEY A. CARPENTER (CA Bar No. 312611)
TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, DC  20044
(202) 305-0242 (Carpenter)
(202) 305-0238 (Alexander)
hayley.carpenter@usdoj.gov
tyler.alexander@usdoj.gov

*Attorneys for Defendants*