LISA LYNNE RUSSELL
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar No. 312611)
TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorneys
Natural Resources Section
150 M St. NE, Washington, D.C.
Washington, DC  20002
(202) 305-0242 (Carpenter)
(202) 305-0238 (Alexander)
hayley.carpenter@usdoj.gov
tyler.alexander@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOMER WILKES,** in his official capacity as Undersecretary for Natural Resources and Environment, United States Department of Agriculture; **GLENN CASAMASSA**, in his official capacity as Regional Forester for Region 6; **SHANE JEFFRIES**, in his official capacity as Forest Supervisor of the Ochoco National Forest; **MICHAEL RAMSEY**, in his official capacity as District Ranger for the Lakeview Ranger District, Fremont Winema National Forest; and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants. | Case No. 1:22-cv-01500-CL<br><br>**JOINT STATUS REPORT** |

The Parties hereby submit a joint status report in accordance with the Court's Order of December 20, 2024. ECF No. 55. After conferring, the Parties seek a further 60-day stay of all litigation deadlines to attempt to settle this case in the wake of the order vacating the Eastside Screens Amendment in *Greater Hells Canyon Council v. Wilkes*, 2:22-cv-00859-HL, and Defendants' decision not to appeal that order. Accordingly, the Parties ask for a joint status report due date 60 days from the due date of this status report (Monday, April 21, 2025) wherein the Parties will apprise the Court of any relevant developments in the case and ask for an extension of the stay, a resumption of deadlines, or apprise the Court of a settlement resolving the case.

No Party will be prejudiced by the requested 60-day stay given that the Eastside Screens Amendment has been vacated, and the Forest Service will not implement the portions of the South Warner Project relying on the Eastside Screens Amendment during the stay. The requested stay may also be a resource-saving measure if the Parties are able to resolve the case without further litigation.

Respectfully submitted this 18th day of February, 2025.

/s/    *Thomas Buchele (with permission)*
THOMAS BUCHELE (OSB No. 081560)
Earthrise Law Center
Lewis and Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
Tel: 503-768-6736
Fax: 503-768-6642
Email: tbuchele@lclark.edu

AUSTIN STARNES (OSB No. 224970)
Blue Mountains Biodiversity Project
455 NE 24th Ave, #31
Portland, OR 97232
Tel: 317-964-3776
Email: austin@bluemountainsbiodiversityproject.org

*Attorneys for Plaintiffs*
LISA LYNNE RUSSELL
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

<u>/s/     *Hayley A. Carpenter*</u>
HAYLEY A. CARPENTER (CA Bar No. 312611)
TYLER M. ALEXANDER (CA Bar No. 313188)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, DC  20044
(202) 305-0242 (Carpenter)
(202) 305-0238 (Alexander)
hayley.carpenter@usdoj.gov
tyler.alexander@usdoj.gov

*Attorneys for Defendants*