Thomas Buchele, OSB No. 081560
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
Tel: 503-768-6736
Fax: 503-768-6642
Email: tbuchele@lclark.edu

Austin Starnes, OSB No. 224970
Blue Mountains Biodiversity Project
4520 SW View Point Ter Uppr
Portland, OR 97239
Tel: 317-964-3776
Email: austin@bmbp.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon nonprofit corporation,<br><br>        Plaintiff,<br>    v.<br><br>**HOMER WILKES**, Under Secretary for Natural Resources and Environment, United States Department of Agriculture, in his official capacity, et al.,<br><br>        Defendants. | Case No. 1:22-cv-01500-CL<br><br>**JOINT STATUS REPORT** |

The Parties hereby submit a joint status report in accordance with the Parties' Joint Status Report of June 20, 2025. ECF No. 61. After conferring, the Parties seek a further 62-day stay of all litigation deadlines to attempt to settle this case in the wake of the order regarding the Eastside Screens Amendment in *Greater Hells Canyon Council v. Wilkes*, 2:22-cv-00859-HL, and Defendants' decision not to appeal that order. The parties have exchanged specific settlement proposals and believe they are making progress towards a settlement of this matter. Plaintiff responded to Defendants' June 10, 2025 counteroffer proposal on August 12, 2025. Accordingly, the Parties ask for a joint status report due date 62 days from the filing of this status report (Monday, October 20, 2025) wherein the Parties will apprise the Court of any relevant developments in the case and ask for an extension of the stay, a resumption of deadlines, or apprise the Court of a settlement resolving the case.

No Party will be prejudiced by the requested 62-day stay given that the Forest Service will not implement the portions of the South Warner Project relying on the Eastside Screens Amendment during the stay. The requested stay may also be a resource-saving measure if the Parties are able to resolve the case without further litigation.

Dated: August 19, 2025

*s/Thomas Buchele*
Thomas Buchele, OSB No. 081560
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
Tel: 503-768-6736
Fax: 503-768-6642
Email: tbuchele@lclark.edu

Austin Starnes, OSB No. 224970

JOINT STATUS REPORT                            2

Blue Mountains Biodiversity Project
4520 SW View Point Ter Uppr
Portland, OR 97239
Tel: 317-964-3776
Email: austin@bmbp.org

*Attorneys for Plaintiff*


ADAM R. F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*s/Hayley A. Carpenter (with permission)*
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC  20044
(202) 305-0242 (Carpenter)
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT                                3