ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney
Natural Resources Section
150 M St. NE, Washington, D.C.
Washington, DC  20002
(202) 305-0242
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOMER WILKES,** in his official capacity as Undersecretary for Natural Resources and Environment, United States Department of Agriculture; **GLENN CASAMASSA**, in his official capacity as Regional Forester for Region 6; **SHANE JEFFRIES**, in his official capacity as Forest Supervisor of the Ochoco National Forest; **MICHAEL RAMSEY**, in his official capacity as District Ranger for the Lakeview Ranger District, Fremont Winema National Forest; and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants. | Case No. 1:22-cv-01500-CL<br><br>**FEDERAL DEFENDANTS' NOTICE OF APPROPRIATION OF FUNDS AND REQUEST FOR JOINT STATUS REPORT DEADLINE** |

On October 20, 2025, the Court granted Defendants' Motion for a Stay of the Parties'

Joint Status Report Deadline in Light of Lapse of Appropriations. Dkts. 64, 65. Consistent with

that Motion, Defendants hereby provide notice that Congress appropriated funds for the Department of Justice on November 12, 2025, and request that the Court set the Parties' Joint Status Report deadline to December 3, 2025 (which extends the original October 20, 2025, deadline commensurate with the 43-day lapse in appropriations). Dkt. 64 ¶ 4.

Respectfully submitted this 13th day of November, 2025.

> ADAM R.F. GUSTAFSON
> Acting Assistant Attorney General
> U.S. Department of Justice
> Environment and Natural Resources Division
>
> /s/     *Hayley A. Carpenter*
> HAYLEY A. CARPENTER (CA Bar No. 312611)
> Trial Attorney
> Natural Resources Section
> P.O. Box 7611
> Washington, DC  20044
> (202) 305-0242
> hayley.carpenter@usdoj.gov
>
> *Attorneys for Defendants*