ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney
Natural Resources Section
150 M St. NE, Washington, D.C.
Washington, DC  20002
(202) 598-3362
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# MEDFORD DIVISION

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOMER WILKES,** in his official capacity as Undersecretary for Natural Resources and Environment, United States Department of Agriculture; **JACQUELINE BUCHANAN**,[1] in her official capacity as Regional Forester for Region 6; **JEFFREY MARSZAL**, in his official capacity as Forest Supervisor of the Ochoco National Forest; **DONALD "J.R." ASHCRAFT**, in his official capacity as District Ranger for the Lakeview Ranger District, Fremont Winema National Forest; and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants. | Case No. 1:22-cv-01500-CL<br><br><br><br>**JOINT STATUS REPORT** |

---

[1] Under Federal Rule of Civil Procedure 25(d), Jacqueline Buchanan is substituted for Glenn Casamassa, Jeffrey Marszal is substituted for Shane Jeffries, and Donald "J.R." Ashcraft is substituted for Michael Ramsey.

The Parties hereby submit a joint status report in accordance with the Court's Order of November 17, 2025. Dkt. 67. Defendants plan to move to dismiss Plaintiff's case as moot. The Parties have not yet conferred about the substance of such a motion in person or by phone, as is required by this Court's Local Rule 7-1, but they are seeking to schedule a conferral by phone for early next week. Assuming Defendants still wish to proceed with their motion after that conferral, the Parties did agree via email to the following proposed briefing schedule for Defendants' proposed motion to dismiss:

- Defendants' Motion to Dismiss: December 19, 2025
- Plaintiff's Response Brief in Opposition: January 22, 2026
- Defendants' Reply Brief: February 4, 2026

Respectfully submitted this 3rd day of December, 2025.

/s/     Thomas Buchele (with permission)
THOMAS BUCHELE (OSB No. 081560)
Earthrise Law Center
Lewis and Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219-7799
Tel: 503-768-6736
Fax: 503-768-6642
Email: tbuchele@lclark.edu

AUSTIN STARNES (OSB No. 224970)
Blue Mountains Biodiversity Project
4520 SW View Point Ter Uppr
Portland, OR 97239
Tel: 317-964-3776
Email: austin@bmbp.org

*Attorneys for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

2

/s/     *Hayley A. Carpenter*
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, DC  20044
(202) 598-3362
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

3