# Exhibit 1
# South Warner Project Decision Memo



# DECISION MEMO
# SOUTH WARNER HABITAT RESTORATION PROJECT
# U.S. FOREST SERVICE
# LAKEVIEW RANGER DISTRICT
# FREMONT-WINEMA NATIONAL FOREST
# LAKE COUNTY, OREGON

## BACKGROUND

**Purpose and Need**

The primary purpose of the South Warner Habitat Restoration Project, hereinafter referred to as the project, is wildlife habitat restoration. Action is needed to restore and enhance a healthy, diverse, and resilient forest ecosystem that can endure human and natural disturbance, improve and restore health and viability of native wildlife habitats and sensitive species, including whitebark pine, which has been proposed as a federally-listed threatened species, and maintain weed-free native vegetation that provides high-quality habitat for fish and wildlife.

The proposed restoration actions will improve the habitat of several key species and have minimal negative effects on wildlife within the project area. For example, they will: maintain old trees and promote development of large trees necessary for bald eagles to nest; provide open habitat preferred by Lewis's and white-headed woodpeckers; improve the conditions of riparian areas necessary for yellow rail and western pond turtle to breed, nest, and forage; and promote biodiversity, native plant communities, and ecosystem function which would improve foraging habitat and benefit monarch butterflies and other pollinators.

At present, the project area has more conifer trees (including juniper) than the area can sustain ecologically. Many of these trees are encroaching on riparian areas and whitebark pine, aspen, and mountain mahogany forests. This conifer encroachment has a detrimental impact on the growth and development of these other tree species and their habitats due to increased competition for resources. Consistent fire suppression since the early 1900s has resulted in considerable fuel loading, leaving the project area at high-risk for severe wildland fire, disease, and insect infestations.

The Forest is concerned about the potential impacts of a wildfire in the Project Area due to the high density of fuels, including within Inventoried Roadless Areas (IRAs). The project area has had some prescribed burning from the Burnt Willow project. There was also the Crane Fire (2021), which impacted part of the Crane Mountain IRA. However, most stands within the project area have missed recent fire cycles and are in a fire deficit condition considering historical fire return intervals. This has resulted in dense forest conditions that favor shade tolerate species, including white fir. Light Detection and Ranging (LiDAR) data indicate timber stands range from 120-320 sq ft per acre. National Agriculture Imagery Program (NAIP) imagery shows that species



composition is dominated by white fir in some stands where ecological conditions cannot sustain these species compositions (i.e. high risk of mortality from disturbances). These high densities increase fuel loading and bulk canopy density, which in turn increases the risk of high levels of tree mortality from wildfire. Additionally, inter-tree competition is elevated resulting in slow growth, poor vigor and increased susceptibility to insects and disease. This project area also abuts Lakeview, a town of 2,500 people, and multiple farms and ranches along the west side of the forest boundary.

Current conditions of stream channels in the Project Area have been governed by past anthropogenic activities such as grazing, logging and road construction. These activities have affected the hydrologic regime, influenced erosion and sediment delivery to streams, altered the natural cycles of disturbance, and led to impacts such as riparian degradation, woody material removal, and channelization. These factors have combined to cause changes in channel conditions throughout the analysis area and have resulted in lower quality channel/riparian conditions than existed prior to settlement.

The desired condition for the project area is to move it within the historical range of variation (HRV), which is considered to be the range of conditions likely to have occurred in the project area naturally (i.e. prior to European-American settlement in the mid-1800s). In achieving these conditions, we will improve habitat for whitebark pine, aspen, and mountain mahogany; reduce the risk of tree mortality from wildfire, insect infestations, drought, and disease; and improve stream conditions through restoration work. This will improve wildlife habitats. The desired condition reflects the goals, objectives, and desired conditions described in relevant Watershed Analyses and the Fremont National Forest Land and Resource Management Plan (Fremont LRMP, 1989, as amended) including addressing possible future climate scenarios by:

a. Reducing the potential for high-intensity wildfires, maintaining conditions that support low-intensity fires, and increasing stand resilience to insects, disease, drought, and wildfire through the reduction of stand densities and fuel loading;
b. Restoring dominance of ponderosa pine and other fire and drought tolerant species consistent with the HRV;
c. Maintaining and promoting Late and Old Structure (LOS) consistent with Historical Range of Variation (HRV) and the Eastside Screens[1] by shifting the over-represented closed LOS structure to open LOS, aligning with historical conditions;
d. Creating spatial heterogeneity (uneven distribution or diversity) within stands and across the landscape;
e. Maintaining and enhancing aspen and other hardwood communities, meadows, whitebark

---

[1] Forest Management Direction for Large Diameter Trees in Eastern Oregon and Southeastern Washington (2021)
USDA Forest Service, Pacific Northwest Region; Land and Resource Management Plan for the Umatilla National Forest. USDA Forest Service. 1994. Decision notice for the continuation of interim management direction establishing riparian, ecosystem and wildlife standards for timber sales; Regional Forester's Forest Plan Amendment #1. Portland, OR: USDA Forest Service, Pacific Northwest Region. 11 p. http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5211880.pdf
USDA Forest Service. 1995. Appendix B; Revised interim direction establishing riparian, ecosystem and wildlife standards for timber sales; Regional Forester's Forest Plan Amendment #2. Portland, OR: USDA Forest Service, Pacific Northwest Region. 14 p. http://www.fs.usda.gov/Internet/FSE_DOCUMENTS/stelprdb5211858.pdf

 

    pine and associated habitat, and mountain mahogany;
- f. Conserving, enhancing, and restoring habitat for wildlife and botanical species as well as non-forested habitat diversity;
- g. Moving watershed(s) towards HRV for late and old structure (LOS) so that LOS stands and Management Requirements (MR)/Old Growth Habitats are connected with each other inside the watershed as well as to like stands in adjacent watersheds in a contiguous network pattern by at least two different directions (Eastside Screens 1995, 2021, 3.a.1); and
- h. Treating within Riparian Habitat Conservation Areas (RHCAs) where fuels and vegetative treatments can be designed to meet Riparian Management Objectives (RMOs) and Decision Notice for Inland Native Fish Strategy (INFISH, 1995) riparian goals and enhance and improve natural stream function and associated habitats.

Implementing the project will improve vegetation, soil, and water ecology, resulting in increasingly better habitat conditions for wildlife and fish over time. This project is proposed because of the need to conserve and improve wildlife habitat on the Fremont-Winema National Forest. Longer fire seasons and more frequent drought conditions will continue to create conditions such as those that led to the 2021 fire season.

## Project Location

The project area is located on the Lakeview Ranger District of the Fremont-Winema National Forest, approximately 3 miles east of Lakeview, Oregon, in and around Ts. 39, 40 and 41 S., and Rs. 21 and 22 E. The Project Area is approximately 69,567 acres in size, encompassing all National Forest System (NFS) lands south of Highway 140 and east of Highway 395 (*see* Exhibit 1, Project Area Map). The South Warner Habitat Restoration Project has been identified in the Fremont-Winema National Forest 10-Year Integrated Natural Resource Plan(s) as a high priority project due to the condition of the watershed as identified under the watershed condition framework assessment and the location.

## Proposed Action

The Lakeview Ranger District of the Fremont-Winema National Forest proposes to improve fish and wildlife habitat conditions and increase forest resilience to disturbance events in a project area that includes 69,567 acres of Forest Service land. Actions proposed include small tree thinning, prescribed fire, juniper cutting, aspen/mountain mahogany/meadow enhancement, culvert replacement and/or removal, stream restoration, and commercial sale of merchantable forest products. Connected actions include road maintenance and use. Temporary roads, if needed, would mostly utilize past road prisms and be less than one mile of new construction.

Throughout the entire project area (including IRAs), proposed actions include small tree thinning and prescribed burning of up to 69,567 acres, culturing around whitebark pine (WBP) and/or improving WBP habitat, tree removal within Riparian Habitat Conservation Areas (RHCAs) to

 

decrease stand density and high severity disturbance event potential, meadow/opening restoration, and aspen/mountain mahogany enhancement (including encroaching small and large tree removal and prescribed burning).

In the project area outside of IRAs, additional proposed actions include commercial thinning of up to 16,000 acres, and stream restoration including culvert removal and replacement, large wood placement in streams/reaches, and stream bank stabilization in streams and reaches.

## **Silvicultural Treatments**

Variable density thinning would retain 20-80 ft$^2$ of basal area in ponderosa pine stands and 40-120 ft$^2$ in mixed conifer stands to meet desired stand conditions for increased resiliency. Stands with a higher density than these will be treated. Ponderosa pine 150 years or older and white fir 150 years or older or greater than 30 inches dbh will be retained. LOS will be maintained, and closed canopy stands will be shifted to open canopy stands where appropriate based on silviculturist determination to be more consistent with historical conditions. Reducing stocking levels in non-LOS stands improves forest health, reduces risk of a stand-replacing fire, and places the stands on a path towards LOS.

*Treatments by stand type*

1. **Commercial stands not in LOS**: Move these stands toward LOS conditions by thinning from below to enhance resistance to disturbance, favoring shade intolerant species and the largest trees. Improve stand diversity by species preference, variable density thinning, retaining wildlife retention clumps (and corridors) and creating or utilizing existing openings.
2. **Stands in open (open forest single strata) LOS (< 40% canopy cover, CC)**: These stands will not be commercially thinned. Pre-commercial thinning of the understory will be considered if needed to encourage shade intolerant species like ponderosa pine (PP) and reduce stocking to productive and resilient levels. Wildlife retention clumps will be retained and utilize existing openings. LOS will be maintained post-treatment.
3. **Stands in closed (closed forest multi strata) LOS (> 40% CC)**: Pre-commercial or commercial thinning of the understory to encourage shade intolerant species (PP) and reduce stocking to productive and resilient levels. Remove larger WF (<30") and other species to reduce competition around larger trees (PP), creating "open stand structure" with canopy cover under 40%. LOS will be maintained post-treatment. In stands where WF dominates the understory, create up to 15% lower basal area clumps (approximately 1-3 acres in size) to encourage the regeneration of desirable shade intolerant species such as PP. LiDAR data will be used to strategically place these clumps where the number of large trees per acre is lower. Emphasize retaining the oldest, largest ponderosa pine. Monitoring will determine treatment effectiveness.



4. **Plantations and non-commercial natural stands**: Thin to a variable spacing leaving the largest healthiest trees.
    - Hand Piling – Slash concentrations consisting of small tree boles and limbs including foliage are piled by hand.
    - Lop and Scatter – Lop and scatter is commonly used in light thinning slash and consists of cutting off and distributing the limbs of thinned trees. This method reduces fuel height but not fuel loading. Lop and scatter may be followed by under-burning.
    - Mastication – This is the mechanical mastication or shredding of material that can include small trees, brush, and existing slash, either natural or activity created. A mowing attachment is towed behind a dozer or tractor or is attached to the head of an excavator or harvester. The vegetation is chopped into small pieces and left on the surface.
    - Small Diameter Thinning and Juniper Cutting – Small trees and juniper are thinned with chainsaws or mechanical equipment. Within the IRAs, any small tree thinning will be hand thinning only. Outside of the IRAs, thinning may be done by hand or mechanically. Fuels treatments would include lopping and scattering of slash, hand or machine piling, and pile burning. This typically occurs in non-forested, hardwood, and juniper woodland habitats as well as plantation and non-commercial thinning.
5. **Whitebark Pine Stands**: Favor whitebark pine (WBP) in treated stands. Identify WBP stands for treatment to reduce competition and fuel loading. Methods will include pre-commercial thinning, commercial thinning, piling and burning.

### Prescribed Burning

Prescribed burning will be applied across the landscape to break up fuel continuity and create a mosaic fuel pattern across the project area that will limit the potential intensity of future wildfire. It will also reduce the risk of uncharacteristic wildfire effects by reducing horizontal and vertical continuity of fuels, stand density, and surface and ladder fuels loading in stands.

- Pile Burning – This treatment disposes of the piled slash concentrations.
- Under-burning – This treatment incorporates various ignition methods and techniques to burn surface fuels. Under-burning is used over a large area to reduce fuel loadings and modify the fuel profiles. The typical goal is a mosaic of 40-60% of the area burned. Maintenance burning would be used to continue moving stands towards desired fuel loading levels.
- Jackpot Burning – This treatment is used where surface fuels are concentrated in discontinuous areas. It reduces the fuel loadings and modifies the fuel profiles of the area to lead to less intense potential wildfire severity.

### Stream Restoration Treatments

 

Large wood is lacking (below 20 pieces per mile) in about 60% of the stream reaches within the project area. Large wood will be added to those stream reaches to meet the goal of 20 pieces per mile and provide cover, create pools, and trap spawning gravel. The streambank stability values on perennial fish bearing streams throughout the project area are generally greater than 80%, with only six reaches in two streams below 80% that would need restoration treatment.

*Culverts*

Five culverts will be removed and replaced with open-bottom arches or other designs that allow for the maintenance of the natural streambed with respect to bed material size, distribution, and slope. The replacements will be designed to handle reasonably expected peak flows. Four culverts will be removed and replaced with low water crossings. The area of impact will be the immediate crossing location with removal of vegetation at this location including approximately 20 feet upstream and downstream of the crossing. Approximately 50 feet of the road on either side of the culvert would be excavated. Those culverts that are removed will still allow for vehicles to cross the channel, if necessary. Equipment used for these projects includes track mounted excavators, backhoes, dump trucks, cement trucks, and compactors. The locations for the culvert removals/replacements are as follows:

| Creek | Road | Action |
| --- | --- | --- |
| Polander Creek | 3915-032 | Remove and install low water crossing |
| Willow Creek | 3915 | Replace with New Culvert |
| Willow Creek | 4011-011 | Replace with New Culvert |
| Burnt Creek | 3915-028 | Replace with New Culvert |
| South Fork Deep Creek | 4015-019 | Replace with New Culvert |
| North Fork Deep Creek | 4015-012 | Replace with New Culvert |
| Middle Fork Deep Creek | 4015-019 | Remove and install low water crossing |
| Mosquito Creek | 4015-019 | Remove and install low water crossing |
| Mosquito Creek Tributary | 4015-019 | Remove and install low water crossing |

*Large Wood*

Large woody debris will be added to three streams, likely using a track mounted excavator. Streambank excavation may occur to secure some of the pieces for added stability. Small log jams in some reaches will be created, typically on meander bends, and may involve reshaping of streambanks. Boulders in the area will also be used to provide stability of large wood structures. Approximately 40 pieces of wood are expected to be added to:

- Middle Fork Deep Creek
- North Fork Deep Creek
- Burnt Creek



*Streambank Stabilization*

The project will involve creation of floodplain terraces and streambank stabilization and revegetation of riparian areas with whole willow transplants and sedge/sod mats. Work will occur both from the streambank and within the stream channel. Streambank stabilization will involve recontouring actively eroding streambanks and creation of riparian and floodplain terraces using an excavator to match streambank contours upstream and downstream of the eroding area. This will allow for high stream flows to better access the floodplain which will decrease the streams' ability to erode these areas. Root wad revetment may be incorporated and will involve excavation of a trench into the streambank and placement of the root wad into the trench at a specified angle. Boulders may be incorporated into the revetment to provide added stability and/or to construct vortex/porous weirs. Sedge/sod mats may also be used at toes of newly recontoured streambanks as well as gravel placement. Whole willow transplants will also be placed just upslope of the toe and sod/sedge mats placed on the new recontour. Creeks where this work will take place are:

| Creek | Approx. Extent | Nearest Road | Location |
|---|---|---|---|
| Camas Creek | 0.5 miles | 3910-395-047 | T39S, R22E, Sec. 5 |
| Dismal Creek | 1.5 miles | 3915 | T41S, R22E, Sec. 5, 8, 16, 17, 20 |

**Meadow/Riparian Treatments**

Meadow and riparian habitats within the project area have reduced ecosystem function due to the ingrowth of trees and invading plant species in these unique areas. The project area includes moist and dry meadows and riparian areas. The restoration in these areas will enhance vegetation diversity, improve soil and hydrologic function, and provide habitat for wildlife by:

- Removing conifer encroachment in meadows up to the meadow boundary (as determined by soil type and/or ground vegetation) to restore natural hydrologic regimes and water table connectivity in meadow systems.
- Thinning trees in riparian areas to reduce stand densities in areas where high densities occur, so as to reduce the risk and intensity of fires in riparian areas. Larger trees thinned could be used to provide large woody debris in streams that are deficient, or they may be removed.
- Retaining all old conifers.
- Using prescribed fire to reduce fuel loading and improve meadow and riparian vegetation health in areas where several fire cycles have been missed and excessive dead or woody vegetation/fuels exist.
- Girdling individual trees as an economic alternative to felling in areas with an excessive number of medium to large encroaching conifers.

**Aspen Treatments**

Aspen stands within the project area have been suppressed due to conifer encroachment. Many

 

aspen stands have been identified and mapped. Where scattered patches of aspen trees occur across the landscape, they would be treated to enhance conditions by removing encroaching conifers. Removing encroaching conifers would increase aspen/hardwood vigor and regeneration and maintain or create a diverse age class structure. In addition, releasing aspen/hardwoods from conifer competition would provide conditions suitable for development of rich herbaceous understories. This restoration will maintain and improve aspen stands by:

- Reducing total conifer representation within aspen or other hardwood stands by retaining only those conifers that: 1) are large, old trees; 2) have low leaf area (*e.g.*, Ponderosa pine); or 3) enhance wildlife habitat and biodiversity. Treatment will be continued for 100 to 200 feet around the edges of the stands (as determined by soil type and ground vegetation) to allow for expansion by removing shade and reducing moisture competition.
- Limiting use of prescribed fire in aspen stands to those that: 1) are not responding to conifer removal treatment; 2) need reinitiating to expand or regenerate a small stand with few remaining mature stems; 3) are part of a complex of stands in a drainage where the removal of one stand via burning will not limit aspen as a wildlife habitat type in the immediate area; or 4) are part of a low severity burn that will not adversely affect mature overstory aspen in stands within the same localized area.
- Girdling individual trees as an economic alternative to felling in areas with an excessive number of medium to large encroaching conifers.

**Juniper Woodland, Mountain Mahogany, and Shrubland Treatments**

Juniper woodlands, mountain mahogany, and shrubland habitat within the project area have been degraded as a result of conifer encroachment. The project will improve growing conditions and reduce competition of resources in juniper woodlands, mountain mahogany stands, and shrublands (including scablands) by:

- Retaining all old conifers, including old-growth juniper as described by Miller et al. 2005.
- Targeting young (less than 150 years old) conifers for removal in areas outside of LOS and in stands where one or both LOS structural stages are within or above HRV.
- Removing target conifers within 60-150 feet of mountain mahogany stands.
- Removing encroaching juniper trees from adjacent shrublands and pine woodlands.
- Girdling individual trees as an economic alternative to felling in areas with an excessive number of medium to large encroaching conifers.

**Project Effects**

This project implements the Fremont LRMP and incorporates the relevant standards and guidelines analyzed in the Final Environmental Impact Statement (FEIS). It relies upon the analysis of forest conditions described in the FEIS and focuses on implementing the management direction of the Fremont LRMP, as amended. Amended direction includes Eastside Screens and the Decision Notice for Inland Native Fish Strategy (INFISH, 1995).



The project area was evaluated by an interdisciplinary team of resource specialists using standard evaluation techniques relevant to their individual specialties. Analyses and determinations are documented in biological evaluations (BEs), which assume the adherence to specialist developed Project Design Criteria (PDCs), both of which can be found in the project record. The findings from the BEs are summarized in the table below.

| Resource Area (Context) | Amount of Resource Area Potentially Affected (Intensity) | Level of Effects (Potential Significance) |
|---|---|---|
| Botany | No threatened, endangered, or special status plant species, critical habitats, or suitable habitats have been previously recorded within the project area. There is one recorded FS sensitive species on site that is also a proposed species for federal listing: whitebark pine.<br><br>There are nine additional FS sensitive species documented within the project area: crenulate moonwort, Cordilleran sedge, slender sedge, Bolander's spikerush, green buckwheat, disappearing monkeyflower, Warner Mountain bedstraw, Oregon semaphore grass, and Columbia quillwort.<br><br>Sixteen other FS sensitive species are potentially located within the project area: capitate sedge, russet sedge, native sedge, green-tinged paintbrush, pine woods Cryptantha, tri-colored monkeyflower, short seeded waterwort, prostrate buckwheat, Shockley's ivesia, bog club-moss, blue-leave penstemon, red-root yampa, American pillwort, profuse-flowered pogogyne, diverse-leaved pondweed, and Columbia cress. | This project may have some short-term impacts to species' habitats and some habitat loss but long-term habitat quality would remain good and proposed actions are not likely to result in a trend to federal listing or loss of viability of proposed for listing, endangered, threatened, or R6 sensitive plant or fungi species.<br><br>Minimal impacts with regards to introduction and spread of invasive species if mitigation measures are followed. |
| Fisheries | No critical or essential fish habitat for federally listed species are present within the project area. One threatened species, the Warner sucker, has suitable habitat present but is not | This project will have no effect on proposed for listing and/or ESA listed fish species or designated critical habitat. |

 

| Resource Area (Context) | Amount of Resource Area Potentially Affected (Intensity) | Level of Effects (Potential Significance) |
|---|---|---|
| | present within the project area and does not have critical habitat present. Two FS sensitive species, the Great Basin Redband trout and the Modoc pebblesnail, both have suitable habitat present and are present within the project area. One additional FS sensitive species, the Montane peaclam, has suitable habitat present and it is unknown if they are present within the project area. | This project may impact individuals or habitat but will not likely contribute to a trend towards federal listing or loss of viability of Region 6 sensitive fish and aquatic invertebrate species or populations. |
| Wildlife | No threatened, endangered, or special status wildlife species, critical habitats, or suitable habitats were found within the survey area.<br><br>There are eight FS sensitive species documented within the project area: fringed myotis, pallid bat, bald eagle, bufflehead, greater sage grouse, Lewis's woodpecker, white-headed woodpecker, western pond turtle, and the western bumble bee.<br><br>Eight other FS sensitive species with suitable habitat present but which the species themselves have not been documented within the project area: gray wolf, North American wolverine, Townsend's big-eared bat, yellow rail, Columbia spotted frog, northern leopard frog, Morrison bumble bee, and Suckley cuckoo bumble bee. | With all effects discussed in the biological evaluation, this project may impact individuals or habitat but will not likely contribute to a trend towards federal listing or loss of viability of Region 6 sensitive wildlife species or populations. |
| Heritage | There were 43 sites, 21 new and 22 existing, identified and flagged for avoidance during the heritage survey. | This project will have no adverse effect on cultural or heritage sites as they will be flagged and avoided. |
| Hydrology | Riparian thinning and prescribed burning may occur on up to 6,342 acres in RHCAs along perennial streams. These actions could result in | This project may cause temporary temperature increases in streams from juniper removal but, long term, will allow for greater growth |

 

| Resource Area (Context) | Amount of Resource Area Potentially Affected (Intensity) | Level of Effects (Potential Significance) |
|---|---|---|
| | decreases of trees alongside streams, changes to large wood availability and concentrations, and increased exposed soil which could lead to greater influx of soil to streams and impact water quality. | from the remaining stand, increased shade, and increased stream flow. Exposed soil influx to streams is expected to be minimal due to PDCs and will not have substantial long-term impacts. This project will not retard attainment of riparian management objectives. |
| Soils | The existing detrimental soil disturbance attributed to management activities within the project area is estimated to be around 5,474 acres, or ~8% of the project area, out of a maximum allowable disturbance level of 20%. | In order to stay below the 20% threshold, 8,439 acres is the maximum additional amount of detrimental soil disturbance allowed. By using existing roads and landings, the project area will remain below the 20% threshold following implementation. |

## DECISION

I have decided to authorize implementation of the South Warner Habitat Restoration Project as described above and in the project record. My decision responds to the need to promote healthy, diverse vegetation for wildlife habitat that is resistant to disturbances such as wildfire and disease. Implementing this project will result in benefits to the health of the forest landscape, vegetation, and forests, and in turn provide appropriate habitat/improved habitat for wildlife.

This action is categorically excluded from documentation in an environmental impact statement (EIS) or an environmental assessment (EA). The applicable categories of actions are identified in agency procedures as follows:

- 36 CFR 220.6(e)(6): "*Timber stand and/or wildlife habitat improvement activities that do not include the use of herbicides or do not require more than 1 mile of low standard road construction.*" This category of action(s) is applicable because the proposed action addresses the need to improve wildlife habitat and timber stands and does not include the use of herbicides or authorize the construction of more than one mile of road construction.

- 36 CFR 220.6(e)(18): "*Restoring wetlands, streams, riparian areas or other water bodies by removing, replacing, or modifying water control structures such as, but not limited to, dams, levees, dikes, ditches, culverts, pipes, drainage tiles, valves, gates, and fencing, to allow waters to flow into natural channels and floodplains and restore natural flow regimes to the extent practicable where valid existing rights or special use authorizations are not unilaterally altered or canceled.*" This category of action(s) is applicable because

 

of the culvert repairs and replacements we will be conducting during our stream restoration work.

The project will not require the use of herbicides or pesticides, the construction of any roads beyond one mile, or the construction of any other new permanent infrastructure. The environmental analysis indicates that the effects of implementing these project activities will be of limited context and intensity. Best management practices and project design criteria based on the Fremont Forest Plan (*see* South Warner Project Design Criteria, located in the project record) will address most negative potential effects from project activities.

Based on information in this document, public comments, and resource specialist input, I find that no extraordinary circumstances affecting resource conditions exist as a result of this project (36 CFR 220.6) that would warrant further analysis and documentation in an Environmental Assessment or Environmental Impact Statement. I accounted for resource conditions identified in agency procedures that should be considered in determining whether extraordinary circumstances exist:

- Federally listed threatened or endangered species or designated critical habitat, species proposed for Federal listing or proposed critical habitat, or Forest Service sensitive species – A biological evaluation was completed and found that the Project will have no effect on any federally listed endangered or threatened species or adversely modify any designated critical habitat and, although it may affect R6 sensitive species or their habitat, it will not likely contribute to a trend towards federal listing or loss of viability for any of these species. We were proactive in conferencing with US Fish and Wildlife regarding the proposed listing for whitebark pine and we will have a biological opinion prior to implementation of work within whitebark pine habitat. This project area contains 14% of the whitebark pine habitat on the Forest. No adverse effects are expected for live, mature whitebark pine with the specified PDCs in place. While PDCs will minimize the potential effects, there is the possibility of damage to seedlings and saplings. However, reducing fuel loadings within whitebark pine habitat and culturing around mature trees are important for maintaining the health and resiliency of whitebark pine.

- Floodplains, wetlands, or municipal watersheds – The project area is not within a municipal watershed nor does it occupy or modify floodplains and wetlands within and adjacent to creeks. Any activities in these areas incorporate Project Design Criteria (PDCs) and Best Management Practices (BMPs). Examples include:
  - No temporary road crossings of perennial streams
  - No ground disturbing equipment within 100 feet of perennial streams
  - No cut zones of 50 feet along perennial streams, with the exception for non-old growth juniper trees which will be removed where applicable, regardless of proximity to perennial streams
  - No slash piles or burning within 50 feet of any perennial stream

 

- Congressionally designated areas such as wilderness, wilderness study areas, or national recreation areas – There are none present within the proposed Project area.

- Inventoried roadless areas or potential wilderness areas – There are two inventoried roadless areas (IRAs) within the proposed Project area: Crane Mountain and Mt. Bidwell. The proposed work within these areas is consistent with the first exception of the Roadless Area Conservation Rule (RACR) §294.13, which states timber may be cut, sold, or removed in IRAs if the Responsible Official determines it is necessary to improve the habitats of species proposed for federal listing and sensitive species and/or to maintain or restore local ecosystem characteristics, such as through reducing the risk of "uncharacteristic wildfire effects" within the historical range of variation. Any actions undertaken within the IRAs must also maintain or improve one or more of the roadless characteristics defined within the RACR. Recognizing the importance of IRAs to sensitive wildlife and wildlife diversity, any actions undertaken within the IRAs will be as minimally invasive as possible and designed to be consistent with RACR and the Fremont Forest Plan. There will be no road construction or commercial timber harvesting within these areas. The actions that will take place are ones deemed necessary to improve forest resiliency and health and minimize the risk of catastrophic fire to provide for long-term wildlife habitat. We had three larges fires on the Fremont-Winema National Forest this year. Most notably, we had the Bootleg fire, which became the third largest wildfire in Oregon history. There was also last year's Crane Fire, which was in the project area and partially located on the Crane Mountain IRA. An EIS is not required because there will not be substantial alteration of the IRAs. The goal of the treatments is to restore the IRAs to their original designation as recorded in the Fremont Forest Plan. This would be accomplished by removal of primarily smaller diameter trees. These actions would occur over the span of a decade, with an average of approximately 800 acres (3%) receiving prescribed burning and small tree thinning each year. A full explanation regarding treatments being undertaken within the IRAs and their compliance with RACR can be found in the project record.

- Research natural areas – There are none present within the project area.

- American Indians and Alaska Native religious or cultural sites – Surveys of the non-IRA portion of the project area have been completed for all areas of potential ground disturbance. Surveys for the IRAs will take place prior to implementation. There will be no effects to known sites as they will be flagged for avoidance. Consultation with local tribes has been ongoing through the project planning process as described in the Tribal Consultation section below.

- Archaeological sites or historic properties or areas – All known and found heritage resources will be avoided. Any sites found during implementation will be evaluated by Forest heritage staff before work continues in that area.




## PUBLIC INVOLVEMENT

This action was originally listed as a proposal on the Fremont-Winema National Forest Schedule of Proposed Actions on July 1, 2021 and updated periodically during the analysis. We conducted two collaborative field trips with local stakeholders. The first field trip was with the Lakeview Stewardship Group and the second was with Klamath-Lake Forest Health Partnership, both of which were open to the public. These were to discuss stand conditions, treatment opportunities, and concerns from collaborative members. Additionally, a scoping letter was sent out on June 28, 2021 via email and the scoping letter was posted on the South Warner page of the Fremont-Winema National Forest's Project planning website (located at https://www.fs.usda.gov/project/?project=60368) for public viewing and comments. Eight comments were received. The comments can be viewed on the above-mentioned website. I considered all comments when making this decision. A spreadsheet detailing the comments made and how each comment was considered can be found in the project record.

## TRIBAL CONSULTATION

Coordination and consultation with the Klamath Tribes is ongoing. Initial outreach between forest archaeologists and the Klamath, Ft. Bidwell, and Burns Paiute Tribes regarding Section 106 and this Project began on May 20, 2020. A scoping letter discussing the Project and requesting input was sent to several members of the Klamath Tribes on December 16, 2020. An additional letter summarizing the effects of the Cultural Resources Inventory Report went out to the Klamath and Ft. Bidwell Tribes on April 15, 2021. The Klamath Tribes also received a copy of the report. The Klamath Tribes requested that we identify and flag all known heritage sites for avoidance and avoid all culturally significant botanicals, which have been included in the project design criteria.

## FINDINGS REQUIRED BY OTHER LAWS AND REGULATIONS

This decision is consistent with the Fremont National Forest Land Management Plan. The Project was designed in conformance with the Land Management Plan's direction for protection of forest conditions and habitat with high conservation value, including late and old structural stages. This project will also comply with all relevant laws, regulations, and policies, such as the Endangered Species Act, the Clean Air Act, and the Clean Water Act.

As required by 36 CFR 219.3, I have considered the best available science in making this decision. The project record demonstrates a thorough review of relevant scientific information, consideration of responsible opposing views, and where appropriate, the acknowledgement of incomplete or unavailable information, scientific uncertainty and/or risk.




## IMPLEMENTATION DATE

This decision is not subject to administrative review and implementation of this project may commence immediately after the date that the Decision Memo is signed. Additionally, ground disturbing activities may commence after all known sites have been flagged for avoidance.

## CONTACT

For additional information concerning this decision, contact: Ashley Philbeck, Environmental Coordinator, Eastside Ranger Districts, Fremont-Winema National Forest, 18049 Highway 395, Lakeview, OR 97630; ashley.philbeck@usda.gov; (541) 947-6340

**MICHAEL RAMSEY**  Digitally signed by MICHAEL RAMSEY
Date: 2021.12.27 10:14:55 -08'00'

MICHAEL RAMSEY                                                                                       Date
District Ranger

The U.S. Department of Agriculture (USDA) prohibits discrimination in all its programs and activities on the basis of race, color, national origin, age, disability, and where applicable, sex, marital status, familial status, parental status, religion, sexual orientation, genetic information, political beliefs, reprisal, or because all or part of an individual's income is derived from any public assistance program. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means for communication of program information (Braille, large print, audiotape, etc.) should contact USDA's TARGET Center at (202) 720-2600 (voice and TDD). To file a complaint of discrimination, write to USDA, Director, Office of Civil Rights, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD). USDA is an equal opportunity provider and employer.