# Exhibit 2
# South Warner Project Decision Memo Amendment



| United States Department of Agriculture | Forest Service | Fremont–Winema National Forest | 1301 South G Street Lakeview, OR 97630 541-947-2151 |
|---|---|---|---|

**File Code:** 1950                                                                     **Date:** December 16, 2024
**Route To:** Parker Hill, Environmental Coordinator

**Subject:** South Warner Habitat Restoration Project Decision Memo Amendment

**To:** Angela Elam, Acting Forest Supervisor

      On March 28, 2024, the U.S. District Court for the District of Oregon issued an order granting the plaintiffs' Motion for Summary Judgement in *Greater Hells Canyon Council v. Wilkes*, a challenge to the 2021 Forest Plans Amendment: Forest management Direction for Large Diameter Trees in Eastern Oregon and Southeastern Washington (2021 Eastside Screens Amendment). The court vacated the EA and DN/FONSI for the amendment, required the Forest Service to prepare an EIS for it, and maintained the "snag and green tree retention" portion of the amendment while the Forest Service prepares the EIS.

      Following a review of the South Warner Habitat Restoration Project, I have confirmed that the project is consistent with the "snag and green tree retention portion" of the 2021 Eastside Screens Amendment. Additionally, after careful review and documentation in a supplemental information report, I have determined that retaining live trees $\geq 21$" diameter at breast height would make the South Warner Habitat Restoration Project consistent with the 1995 Eastside Screens; that the effects of this change are within the scope and range of effects considered in the project analysis; and that, with the change, the purpose and need for the project can still be met.

      Accordingly, with this memo, I am correcting the Decision Memo for the South Warner Habitat Restoration Project to ensure the project is consistent with the 1995 Eastside Screens by replacing the sentence on page 4 that states, "Ponderosa pine 150 years or older and white fire 150 years or older or greater than 30 inches dbh will be retained" with, "All remnant late and old seral and/or structural live trees $\geq 21$" dbh that currently exist within stands proposed for harvest activities will be maintained."

CURTIS YOCUM     Digitally signed by CURTIS YOCUM
Date: 2024.12.16 10:45:57 -08'00'

Curtis Yocum, Detailed District Ranger, Lakeview and Bly Ranger Districts

  Caring for the Land and Serving People     Printed on Recycled Paper