# Exhibit 3
# Ashcraft Declaration

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney
Natural Resources Section
150 M St. NE, Washington, D.C.
Washington, DC  20002
(202) 305-0242
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| **BLUE MOUNTAINS BIODIVERSITY PROJECT**, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**HOMER WILKES,** in his official capacity as Undersecretary for Natural Resources and Environment, United States Department of Agriculture; **JACQUELINE BUCHANAN**, in her official capacity as Regional Forester for Region 6; **JEFFREY MARSZAL**, in his official capacity as Forest Supervisor of the Ochoco National Forest; **DONALD "J.R." ASHCRAFT**, in his official capacity as District Ranger for the Lakeview Ranger District, Fremont Winema National Forest; and the **UNITED STATES FOREST SERVICE**,<br><br>Defendants. | Case No. 1:22-cv-01500-CL<br><br><br><br>**DECLARATION OF DONALD ASHCRAFT** |

I, Donald Ashcraft, declare as follows:

1. I am the District Ranger for the Bly and Lakeview Ranger District on the Fremont Winema National Forest. I have been in this position since January 12, 2025. My education and professional training are in Civil Engineering. I have worked as a Civil Engineering Technician for the Forest Service since 2014, serving as a road manager, transportation planner, and transportation engineer. The South Warner Habitat Restoration Project is located on the Lakeview Ranger District.

2. In January 2021, the Forest Service issued the Decision Notice for the *Forest Plans Amendment: Forest Management Direction for Large Diameter Trees in Eastern Oregon and Southeastern Washington* ("Amendment"). Among other changes, the Amendment replaced standards for timber sales that prohibited the harvest of trees ≥ 21-inches diameter at breast height ("DBH") with a guideline that emphasized the recruitment of old and large trees, and modified the snag and green tree retention standards that had been in Sections 4(a) and 4(a)(1) of the 1995 Eastside Screens.

3. In December 2021, the Fremont-Winema finalized the South Warner Habitat Restoration Project Decision Memo ("DM"). The Forest designed the project to be consistent with the Amendment.

4. On March 28, 2024, the U.S. District Court for the District of Oregon issued an order granting the plaintiffs' Motion for Summary Judgment in *Greater Hells Canyon Council v. Wilkes*, No. 22-cv-859 (D. Or.), a challenge to the Amendment. The court vacated the Environmental Assessment and Decision Notice for the Amendment, required the Forest Service to prepare an Environmental Impact Statement ("EIS") for it, and maintained the "snag and green tree retention" portion of the Amendment while the Forest Service prepares the EIS.

5. In response to the decision, Forest Specialists reviewed the proposed actions in the South Warner project and completed a Supplemental Information Report ("SIR") for it on August 29, 2024. The SIR concluded that the project is still consistent with the "snag and green tree retention portion" of the Amendment; retaining live trees $\geq 21$" diameter at breast height would make the project consistent with the 1995 Eastside Screens; the effects of this change are within the scope and range of effects considered in the project analysis; and that, with the change, the purpose and need for the project can still be met.

6. The Forest followed up the SIR by issuing a corrected DM for the project (South Warner Habitat Restoration Project Decision Memo Amendment) on December 16, 2024. The corrected DM required the retention of all live trees $\geq 21$" DBH.

7. Only one sale from the South Warner Habitat Restoration DM has been implemented. The Box 2 Timber Sale contract was signed on September 23, 2025. This sale is being administered by Oregon Department of Forestry under the Good Neighbor Authority. To date, approximately 209 acres of the 729-acre sale have been logged and hauled. Operations will be continuing until winter weather prohibits access. The current operational plan is to complete all work within the Box 2 Timber Sale during the summer of 2026. We have also advertised the Camas Timber Sale, which will be administered by the Forest Service. Contractor bids were received on December 1, 2025. Bid packages are currently being reviewed, and award will be made as soon as possible. No other sales have been initiated under the South Warner Habitat Restoration DM at this time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed December 19, 2025, in Bly, Oregon.

DONALD ASHCRAFT
Digitally signed by DONALD ASHCRAFT
Date: 2025.12.19 12:33:19 -08'00'

Donald Ashcraft
District Ranger, Bly and Lakeview Ranger District
Fremont-Winema National Forest