# Exhibit 5
# Excerpt from Eastside Screens Amendment Environmental Assessment

Adapting the Wildlife Standard of the Eastside Screens

| | | | | | |
|---|---|---|---|---|---|
| 4.a.1 | All sale activities (including intermediate and regeneration harvest in both even-age and uneven-age systems, and salvage) will maintain snags and green replacement trees of >21 inches dbh (or whatever is the representative dbh of the overstory layer if it is less than 21 inches), at 100% potential population levels of primary cavity excavators. This should be determined using the best available science on species requirements as applied through current snag models or other documented procedures. NOTE: for Scenario A, the live remnant trees (< 21-inch dbh) left can be considered for part of the green replacement tree requirement | For all sale activities (including intermediate and regeneration harvest in both even-age and uneven-age systems, and salvage): Standard: Maintain all snags > 20 inches (or whatever is the representative DBH of the overstory layer if it is less than 20 inches) OR complete a snag analysis using the best available science on species ecological requirements as applied through current snag tools, models, or other documented procedures to maintain or increase diverse snag composition, size, structure, and distribution (i.e. groups or clusters) for a diverse composition of wildlife species and ecological site conditions. Guideline: If snags meeting the objectives | Same as Old Tree Standard | Same as Old Tree Standard | Same as Old Tree Standard |

| | | | | | |
|---|---|---|---|---|---|
| | | of the standard must be felled for operational safety, then the following should be considered:<br><br>Protect snags from operations by grouping or clustering in skips or leave areas.<br><br>Assess snags in the project area both prior and while layout is occurring, considering wildlife, layout and other expertise.<br><br>Identify landings in advance away from groups or clusters of snags or leave areas whenever possible.<br><br>Contain equipment and vehicles to identified landings and skid trails whenever possible.<br><br>GREEN TREE RETENTION FOR SNAG RECRUITMENT:<br><br>Standard: Retain green trees to meet future | | | |

215

AR 34718

| | | | | | |
|---|---|---|---|---|---|
| | | snag and down wood recruitment for a diverse composition of wildlife species using best available science. Retain partially hollow or hollow trees that could become snags and down wood whenever possible.<br><br>Guidelines:<br>Use natural decay processes and agents to recruit future snags from green trees.<br><br>Strive for diverse composition and size class of tree species including true firs and hardwoods.<br><br>Strive for tree species that are tolerant, resistant, or immune to root disease, especially if root disease is known to occur nearby or on site.<br><br>Prioritize and retain deformed, damaged, or broken topped trees.<br><br>Consider retaining groups of trees. | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Consider retaining tall old and larger trees on ridgelines with sloughing bark.<br><br>Consider retaining more true firs on north facing slopes.<br><br>Consider retaining trees with mechanical wounds if possible, for future development of decayed wood.<br><br>Consider diverse techniques outside of girdling and inoculation for future snag creation. | | | |
| 4.a.2 | Pre-activity (currently existing) down logs may be removed only when they exceed the quantities listed below. When pre-activity levels of down logs are below the quantities listed, do not remove downed logging debris that fits within the listed categories. It is not the intention of this direction to leave standing trees for future logs in addition to the required snag numbers, nor to fall | No change | No change | No change | No change |