# Exhibit 6
# Excerpt from Eastside Screens Amendment Decision Notice

Adapting the Wildlife Standard of the Eastside Screens

spatial arrangements within stands and across the landscape in order to develop stands that are resistant and resilient to disturbance.

*Snag and Green Tree Retention Change*

I am replacing the existing language at 4(a) and 4(a)(1) of the Eastside Screens (snags, green tree replacements and down logs) with the following:

**Intent**: Retain existing snags and green trees to provide for recruitment of future snags and down wood, in order to support life history requirements for a diverse array of wildlife.

**Snags**

*Standard:* Maintain all snags > 20 inches (or whatever is the representative DBH of the overstory layer if it is less than 20 inches) OR complete a snag analysis using the best available science on species ecological requirements as applied through current snag tools, models, or other documented procedures to maintain or increase diverse snag composition, size, structure, and distribution (i.e. groups or clusters) for a diverse composition of wildlife species and ecological site conditions.

*Guideline:* If snags meeting the objectives in the standard must be felled for operational safety, then the following should be considered:

Protect snags from operations by grouping or clustering in skips or leave areas.

Assess snags in the project area both prior and while layout is occurring, considering wildlife, layout and other expertise.

Identify landings in advance away from groups or clusters of snags or leave areas whenever possible.

Contain equipment and vehicles to identified landings and skid trails whenever possible.

**Green Tree Retention for Future Snag Recruitment**

*Standard:* Retain green trees to meet future snag and down wood recruitment for a diverse composition of wildlife species using best available science. Retain partially hollow or hollow trees that could become snags and down wood whenever possible.

*Guidelines:*

Use natural decay processes and agents to recruit future snags from green trees.

Strive for diverse composition and size class of tree species including true firs and hardwoods.

Strive for tree species that are tolerant, resistant, or immune to root disease, especially if root disease is known to occur nearby or on site.

Prioritize and retain deformed, damaged, or broken topped trees.

Consider retaining groups of trees.

Consider retaining tall old and larger trees on ridgelines with sloughing bark.

Consider retaining more true firs on north facing slopes.

Consider retaining trees with mechanical wounds if possible, for future development of decayed wood.

Consider diverse techniques outside of girdling and inoculation for future snag creation.

NOTE: for both Scenario A and B, the live remnant trees left can be considered as part of the green tree for future snag recruitment requirement. This standard and associated

Adapting the Wildlife Standard of the Eastside Screens

guideline are intended to complement Scenarios A and B to enhance future snag recruitment for the needs of wildlife.

*Adaptive Management Strategy*

My decision adopts the adaptive management strategy as described in the EA and summarized below.

There are four components to the Adaptive Management Strategy:

1) Local monitoring,
2) Effectiveness monitoring,
3) Regional review, and
4) Regional Adaptive Management Work Group.

**Local Monitoring** *(Encouraged)*

When projects are implemented that involve the harvest of large trees the Forest Service may coordinate project-level multiparty monitoring. The Forest Service encourages integration of monitoring questions into existing multiparty party monitoring efforts, such as those associated with the Collaborative Forest Landscape Restoration Program (CFLRP) or other programs. The Forest Service encourages engagement of tribal natural and cultural resource staff to incorporate consideration of tribal treaty rights and culturally significant plants. Local monitoring could focus on implementation monitoring or effectiveness monitoring and could ask questions related to development of late and old forest conditions, effectiveness of particular management activities, development of snags, or other issues of interest.

**Broad-scale Effectiveness Monitoring** *(Required)*

Effectiveness monitoring will assess conservation and recovery late and old structure forest across the analysis area. Effectiveness monitoring questions include:

   A.   Are large trees increasing in number while setting species composition on a trajectory appropriate to the ecological setting?

   B.   Is the density, quality, and distribution of snags improving across the landscape? (Optional)

An age-related monitoring question is highly recommended. This question should be informed by the scientific community and the Regional Adapative Management Workgroup. Effectiveness monitoring questions and the thresholds below may be added to or altered based on feedback from the scientific community or lessons learned from the Regional Adaptive Management Workgroup.

*Thresholds*

   A.   If large trees are not increasing in number with appropriate composition, the Regional Forester will impose the Age Standard Alternative across the whole analysis area or by national forest or potential vegetation zone.

   B.   If effectiveness monitoring does not occur, the Regional Forester will impose the Age Standard Alternative across all six national forests.

**Regional Review** *(Required)*
The Regional Forester will conduct a review of monitoring data once a year. Once every five years, a decision will be made on whether to continue with the guideline or move to the age standard, as described in the alternatives section of the EA. The Regional Forester may order a move to the age standard for a potential vegetation zone, individual national forests, or across all six national forests as warranted by the monitoring data. The Regional Review will include at least the Regional Forester, the Regional Planning and Natural Resources Directors, a Forest Supervisor representing the six eastside Forests, and the Director of the PNW Research Station. The Regional Forester may choose to